JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERIC HENRY SALDIVAR, | ) | No. EDCV 03-1384 CAS (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JOE McGRATH, WARDEN, | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 6, 2010

_____
CHRISTINA A. SNYDER
United States District Judge